# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DAVID L. GIBSON, ET AL

    VS                                                CASE NO.  3:06cv187 MCR/MD

THE UNITED STATES NAVY, ET AL

**REFERRAL AND ORDER**

Referred to Judge Rodgers on     August 18, 2006
Type of Motion/Pleading: MOTION AND MEMORANDUM FOR A STAY OF TRANSFER OF CASE PENDING FILING PETITION FOR MANDAMUS (unopposed)
Filed by:    PLAINTIFFS    on  8/18/06  Documents 35, 36

( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                                 on              Doc.#
                                                 on              Doc.#
                                                 WILLIAM M. McCOOL, CLERK OF COURT

                                                /s/ *Lynn C. Uhl*
                                                Deputy Clerk

**ORDER**

       Upon consideration of the foregoing, it is ORDERED this 21st day of August, 2006, that:

       The requested relief is GRANTED, through September 5, 2006, in order to permit plaintiffs to file a petition for writ of mandamus in the Eleventh Circuit Court of Appeals. The clerk shall hold and shall not mail the notice of transfer out of district, or any other document or paper associated with this case, pending further instruction by the court. The docket shall reflect that the matter presently is STAYED.

                                                            s/ *M. Casey Rodgers*
                                                            M. CASEY RODGERS
                                                        UNITED STATES DISTRICT JUDGE

Entered On Docket:                 By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: